

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

**JOHNNY WOLUEWICH, ESQ.**
*Attorney and Counselor at Law*
984 MORRIS PARK AVENUE
NEW YORK, NY 10462

TELEPHONE (718) 822-0707

Fax: (718) 904-1030

E-Mail: jwoluewich@gmail.com



RECEIVED MAR 04 2008 JUDGE

February 28, 2008

Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    **UNITED STATES V. SHELTON HOLT
              & BENDAL HOLT (07 CR. 1146 (DC))**

Dear Judge Chin:

      I write in regard to the above referenced matter. As you are aware, Shelton Holt was remanded in Queens County Criminal Court on a probation violation which stems from the arrest on the instant matter. Accordingly, yesterday's scheduled conference was adjourned to March 4, 2008. Unfortunately, I will be out of the country that week.

      I am respectfully requesting that this Honorable Court schedule the next conference for the week of March 24, 2008. In the interim, after returning to New York, I am scheduled to meet with A.U.S.A. Kenneth A. Polite to discuss a possible disposition and avoidance of unnecessary discovery motions.

      Should you have any questions, please contact me by Email at jwoluewich@gmail.com. I imagine I will have limited phone access until I return to New York.

Very truly yours,

*Johnny Woluewich*

[Handwritten note: Adjourned to March 13, 2008, at 10:30 a.m. The time until then is excluded in the interest of justice and in light of the parties' discussions. So ordered. 3/4/08]