

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

July 16, 2008

*Via Facsimile*

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re: United States v. Shelton and Bendal Holt,
07 Cr. 1146 (DC)

Dear Judge Daniels:

The Government respectfully requests that Your Honor schedule a plea hearing for the above-named defendants on August 13, 2008, at 12 p.m.

The Government also requests that Your Honor exclude time in the above-referenced matter until August 13, 2008. Such an exclusion is warranted because it will allow the parties to finalize dispositions in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth Allen Polite, Jr.
Assistant United States Attorney
(212) 637-2412

cc: Johnny Woluewich, Esq. (via facsimile)

*Approved. The time until 8/13/08 ~~at noon~~ is excluded for speedy trial purposes, in the interest of justice and in light of the parties' discussions. SO ORDERED 7/17/08*